904 3637280  CAROLINA CASUALTY   CAROLINA CASUALTY   10·41:04 a.m.   10-30-2009   3/8

Date: 10/29/2009  Time: 1:38 PM  To: CAROLINA CASUALTY CLAIMS JAX @ 18666559316   Gresham & Associates  Page: 005-007
OCT-27-2009 13:37 From:   To:19182993441   P.3/5

IN THE CIRCUIT COURT OF CAMDEN COUNTY, MISSOURI
26TH JUDICIAL CIRCUIT



GLENDA D. MARRS
200 East Oak Street
El Dorado Springs, Missouri 64744

        Plaintiff,

Case No: PCM-CC00358

vs.

    Division

HATFIELD LUMBER COMPANY, INC.
139 Polk Road 29
Hatfield, Arkansas 71945

*Serve:*
    Danny Miller, Registered Agent
    504 Church Street
    Mena, Arkansas 71953

and

BUDDY BEAN LUMBER CO.

and

MICHAEL A. PERRY
HC 63, Box 5565
Hodgen, Oklahoma 74939

        Defendants.

## PLAINTIFF'S PETITION FOR DAMAGES - TE

COMES NOW Plaintiff Glenda D. Marrs, by and through the undersigned counsel, and for Count I of her cause of action against Defendants Hatfield Lumber Company, Inc., Buddy Bean Lumber Co. and Michael A. Perry, states and alleges that:

1. Plaintiff is an individual residing at 200 East Oak Street, El Dorado Springs, Missouri 64744.

**EXHIBIT A**

904 3637280   CAROLINA CASUALTY     CAROLINA CASUALTY       10:42:16 a.m.   10-30-2009    4/8

Date: 10/29/2009  Time: 1:38 PM  To: CAROLINA CASUALTY CLAIMS JAX @ 18666559316   Gresham & Associates  Page: 006-007
OCT-27-2009 13:38 From:                                           To:19182995441        P.4/5

2. Defendant Hatfield Lumber Company, Inc. (hereinafter "Defendant Hatfield") is an Arkansas corporation in good standing and can be served through its Registered Agent, Danny Miller at 504 Church Street, Mena, Arkansas 71953.

3. Defendant Buddy Bean Lumber Co. (hereinafter "Defendant Buddy") is business whose more full identity and location are unknown to Plaintiff at this time.

4. Defendant Michael A. Perry was, at all times relevant herein, the agent, servant and employee of Defendant Hatfield and Defendant Buddy and was acting in the course and scope of his agency and employment with Defendant Hatfield and Defendant Buddy.

5. On or about September 27, 2004, at approximately 9:06 p.m., Plaintiff was driving her 1988 Ford Tempo traveling in the outside westbound lane of US Highway 54, crossing the Grand Glaze Bridge, a public highway and thoroughfare located in Camden County, Missouri.

6. At said time and place, Defendant Michael Perry in the course and scope of his employment with Defendant Hatfield and Defendant Buddy was originally traveling in the inside westbound lane of US Highway 54, a public highway and thoroughfare located in Camden County, Missouri, driving a 2005 Western truck.

7. On said place, time, and at said location, Defendant Michael Perry, while acting in the course and scope of his employment and agency with Defendant Hatfield and Defendant Buddy, carelessly and negligently changed lanes and caused or permitted Defendant Hatfield's truck to collide with the driver's side of Plaintiff's vehicle, running it off the roadway.

8. Defendants owed a duty to the Plaintiff to exercise the highest degree of care in the operation of the motor vehicle but Defendants violated that duty and were thereby negligent in one or more of the following manners:

   a. Defendants failed to yield the right of way to Plaintiff;
   b. Defendants failed to keep a careful lookout; and
   c. Defendants failed to signal an intention to turn.

9. Defendants, in any one or more of the respects submitted in paragraph 8, were thereby negligent.

904 3637280        CAROLINA CASUALTY        CAROLINA CASUALTY        10:44:12 a.m.    10-30-2009    5/8

Date: 10/29/2009  Time: 1:38 PM  To: CAROLINA CASUALTY CLAIMS JAX @ 18666559316   Gresham & Associates   Page: 007-007
OCT-27-2009 13:38 From:                                              To:19182995441         P.5/5

10. As a direct and proximate result of such negligence of the Defendants, Plaintiff sustained the following injuries, to wit: lower and upper back strain, cervical strain, herniated disc, numbness to hips and right knee, and dizziness.

11. As a direct and proximate result of such negligence of the Defendants as described above, Plaintiff Glenda Marrs was forced to seek medical care and treatment for her injuries and expend sums for the same in an amount in excess of Ten Thousand and No One-hundredths Dollars ($10,000.00) and continues to expended sums for treatment of these injuries, and Plaintiff will be reasonably required to expend sums for hospital and medical care and treatment in the future in an amount unknown at this time.

12. As a direct and proximate consequence of the negligence of the Defendants as described above, Plaintiff Glenda Marrs, lost time from her employment, and has sustained loss of wages and other benefits and Plaintiff will suffer such loss of wages and other benefits in an amount unknown at this time.

WHEREFORE, Plaintiff Glenda Marrs prays for judgment against Defendants jointly and severally in an amount as is fair and reasonable in excess of Twenty-five Thousand and No One-hundredths Dollars ($25,000.00), for her costs herein incurred and expended, for prejudgment interest, and for such other relief as the Court deems just under the circumstances.

Respectfully Submitted by:
The Gepford Law Group, L.C.

Lawrence F. Gepford, Jr.    MO Bar#: 28058
David M. Halphin            MO Bar#: 47895
9200 Ward Parkway, Suite 550
Kansas City, Missouri 64114
(816) 333-9600
FAX: (816) 363-3900

John H. Campbell            MO Bar#: 21913
4075 Highway 54, #101A
Osage Beach, Missouri 65065
(573) 302-1122
FAX: (573) 302-7285
*ATTORNEYS FOR PLAINTIFF*

Page 3