# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

GLENDA D. MARRS, )
)
       Plaintiff, )
)
    v. )   Case No. 09-4247-CV-C-NKL
)
HATFIELD LUMBER COMPANY, INC., )
et al., )
       Defendants. )
)
)

## ORDER OF DISMISSAL

Having been notified of the settlement of this case, and it appearing that no issue

remains for the Court's determination, it is hereby

ORDERED that the above-styled action is DISMISSED with prejudice and without

costs to any party. In the event, however, that the settlement is not perfected, any party may

move to reopen the case, provided that such motion is filed within 45 days of the date of this

Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to

by the parties.

                     s/NANETTE K. LAUGHREY
                     NANETTE K. LAUGHREY
                     United States District Judge

Dated: September 14, 2010